# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-00880-AWI-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANTS J.C. PENNEY COMPANY AND J.C. PENNEY CORPORATION PURSUANT TO 11 U.S.C. § 362<br><br>(ECF No. 12) |

Plaintiff Cynthia Hopson filed this action on June 25, 2020. (ECF No. 1.) On July 20, 2020, Defendant J.C. Penney Company, Inc., filed a notice of bankruptcy proceedings pending in the United States Bankruptcy Court for the Southern District of Texas, Case No. 20-20182 (DRJ). (ECF No. 12.) The attached filings also indicate that Defendant J.C. Penney Corporation, Inc., is joined in the bankruptcy proceedings as well. (Id.)

Pursuant to 11 U.S.C. § 362(a), all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. Sternberg v. Johnston, 595 F.3d 937, 943 (9th Cir. 2010).

///
///
///
///

1    Accordingly, all proceedings in this matter against Defendant J.C. Penney Company, Inc., and J.C. Penney Corporation, Inc., have been stayed pursuant to Section 362(a) of Title 11, United States Code.

IT IS SO ORDERED.

Dated:  **July 21, 2020**

UNITED STATES MAGISTRATE JUDGE

2