# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., et al,<br><br>  Defendants. | Case No.  1:20-cv-00880-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF DEFENDANTS OR A REQUEST FOR ENTRY OF DEFAULT<br><br>FIVE DAY DEADLINE |

Cynthia Hopson ("Plaintiff") filed this action against J.C. Penney Company, Inc.; J.C. Penney Corporation, Inc.; Macy's West Stores, Inc.; Macy's Retail Holdings, Inc.; Macy's Primary Real Estate, Inc.; and Macerich Vintage Faire Limited Partnership.  On July 11, 2020, Plaintiff returned proofs of service demonstrating that all the named defendants had been personally served on July 6 or 7, 2020.  (ECF Nos. 6-11.)  On July 20, 2020, Defendant J.C. Penney Corporation, Inc. filed a notice of filing bankruptcy and this action has been stayed against Defendants J.C. Penney Company Inc. and J.C. Penney Corporation, Inc ("J.C. Penney Defendants").  (ECF Nos. 12, 13.)

Rule 12 of the Federal Rules of Civil Procedure provides that a responsive pleading must be filed within twenty one days of being served with the summons and complaint.  Fed. R. Civ. P. 12(A)(i).  Since the defendants in this action were personally served, a responsive pleading was due on July 28, 2020 at the latest.  Compare Fed. R. Civ. P 6(d) (allowing three additional

1

days after certain kinds of service).  Here, the time for a responsive pleading to be filed has passed.  Only the J.C. Penney Defendants have responded to the complaint and Plaintiff has not filed a stipulation to extend time for the other defendants to respond nor a request for entry of default.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or a notice informing the Court of the status of the Defendants that have failed to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **July 31, 2020**

UNITED STATES MAGISTRATE JUDGE