# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.C. PENNEY COMPANY, INC., et al,<br><br>　　　　Defendants. | Case No.  1:20-cv-00880-AWI-SAB<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS MACY'S WEST STORES, INC., MACY'S RETAIL HOLDINGS, INC., AND MACY'S PRIMARY REAL ESTATE, INC. AND DEFENDANT MACERICH VINTAGE FAIRE LIMITED PARTNERSHIP TO RESPOND TO COMPLAINT AND CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 17) |

　　　　Cynthia Hopson ("Plaintiff") filed this action pursuant to the Americans With Disabilities Act, 42 U.S.C. §§ 12101-12213, on June 25, 2020.  On this same date, the order setting the mandatory scheduling conference for September 11, 2020 was filed.  On August 24, 2020, the parties filed a joint motion for an extension of time for Macy's West Stores, Inc., Macy's Retail Holdings, Inc., Macy's Primary Real Estate, Inc. and Macerich Vintage Faire Limited Partnership ("Defendants") to respond to the complaint.  The Court finds good cause exists to grant the motion and the mandatory scheduling conference shall be continued to allow time for a responsive pleading to be filed.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　The joint motion for an extension of time for Defendants Macy's West Stores,

Inc., Macy's Retail Holdings, Inc., and Macy's Primary Real Estate, Inc. and Defendant Macerich Vintage Faire Limited Partnership to respond to the complaint is GRANTED;

2. Defendants' responsive pleading SHALL BE FILED on or before **September 24, 2020**;

3. The mandatory scheduling conference set for September 11, 2020 is CONTINUED to **November 16, 2020, at 1:30 p.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **August 25, 2020**

UNITED STATES MAGISTRATE JUDGE