# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.C. PENNEY COMPANY, INC., et al,<br><br>　　　　Defendants. | Case No. 1:20-cv-00880-AWI-SAB<br><br>ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS<br><br>(ECF No. 19) |

On September 24, 2020, Cynthia Hopson ("Plaintiff") filed a notice that this matter has settled and requested sixty days in which to file dispositive documents.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are vacated; and
2. Plaintiff shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 24, 2020**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1