# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>J.C. PENNEY COMPANY, et al.,<br><br>          Defendants. | Case No.  1:20-cv-00880-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>SEVEN DAY DEADLINE |

On September 24, 2020, Plaintiff a notice of settlement in this action and an order issued requiring dispositional documents to be filed within sixty days.  More than sixty days have passed and Plaintiff has not filed dispositional document nor otherwise responded to the September 24, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING within **seven (7) days** of the date of entry of this order why sanctions should not issue

for the failure to file dispositive documents in compliance with the September 24, 2020 order. **The parties are forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:  **November 25, 2020**

UNITED STATES MAGISTRATE JUDGE