# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., et al,<br><br>  Defendants. | Case No.  1:20-cv-00880-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF Nos. 21, 22) |

On September 24, 2020, a notice of settlement was filed and an order issued requiring Plaintiff to file dispositive documents within sixty days.  (ECF Nos. 19, 20.)  Dispositive documents were not filed within the time ordered nor did the parties request an extension of the deadline.  On November 25, 2020, an order was filed requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with the September 24, 2020 order.  (ECF No. 21.)  On December 1, 2020, a response to the order to show cause was filed stating that the parties have been negotiating the language to be included in the settlement agreement and a final agreement was reached on November 30, 2020 and the agreement has not been circulated to the parties for signature.  (ECF No. 22.)

The Court will discharge the order to show cause without issuing sanctions at this time. But Plaintiff is advised that where the deadline ordered by the court is unable to be met the more prudent practice would be to file a request to extend the deadline, rather than ignoring the court

ordered deadline to file documents and risk monetary sanctions being imposed for the failure to comply.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 25, 2020 order to show cause is DISCHARGED; and
2. Plaintiff shall file dispositive documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **December 2, 2020**

UNITED STATES MAGISTRATE JUDGE