# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No. 1:20-cv-00880-AWI-SAB |
| Plaintiff, | ORDER EXTENDING TIME FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| J.C. PENNEY COMPANY, INC., et al, | (ECF No. 24) |
| Defendants. | |

On December 31, 2020, Plaintiff filed a request for an extension of thirty (30) days in order to file dispositional documents due to the failure of one Defendant to complete an aspect of the settlement agreement. (ECF No. 24.) The Court finds good cause to extend the time to file dispositional documents by thirty (30) days.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE

1